UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-20429-CIV-MORENO

JOSHUA NEEL HARDIN,

      Plaintiff,

vs.

JONATHON FAN FAN, et al.,

      Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER ADOPTING PRELIMINARY REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's pro se civil rights complaint. The Magistrate Judge filed a Preliminary Report and Recommendation **(D.E. 7)** filed on **February 10, 2016**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections were filed to the Magistrate Judge's Report and Recommendation. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Preliminary Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's *pro se* civil rights complaint may proceed against the Defendants Jonathon Fan Fan and Patrick Patterson in their individual capacities. The claim against Travis Donaldson is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. The Court does not grant Plaintiff leave to amend the failure to investigate claim against Travis Donaldson because the Court agrees that amendment of that claim would be

futile. The Court does not grant Plaintiff leave to amend the failure to investigate claim against Travis Donaldson because the Court agrees that amendment of that claim would be futile.

DONE AND ORDERED in Chambers at Miami, Florida, this ___9th___ of March 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Patrick A. White

Counsel of Record

Joshua Neel Hardin, *pro se*
DC #N28219
Dade Correctional Institution
Inmate Mail/Parcels
19000 S.W. 377th Street
Florida City, Florida 33034